.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA V FORENSIC ENGINEERING, INC., a North Carolina corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DELTA V BIOMECHANICS, INC., a California Corporation, Does 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:18-CV-02780-DDP-AFM<br><br>**JUDGMENT**<br><br>Hon. Dean D. Pregerson<br><br>Complaint filed: April 4, 2018 |
| DELTA V BIOMECHANICS, INC., a California corporation,<br><br>Counter-Claimant, | |

1 v.

2 DELTA V FORENSIC
ENGINEERING, INC., a North
3 Carolina corporation,

4 Counter-Defendant.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT

Pursuant to this Court's order granting Defendant and Counter-Claimant Delta V Biomechanics Inc. ("Defendant")'s motion for summary judgment and denying Plaintiff Delta [V] Forensic Engineering, Inc. ("Plaintiff") partial summary judgment, and pursuant to the Court's order granting Defendant's request to dismiss its counterclaims without prejudice, IT IS HEREBY ORDERED ADJUDGED that Judgment be entered for Defendant and against Plaintiff in this action. Defendant shall recover its costs as the prevailing party.

IT IS SO ORDERED.

Dated: January 22, 2021

Hon. Dean D. Pregerson
United States District Judge